FILED CLERK
UNITED STATES DISTRICT COURT U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS 2006 JUL 28 PM 4: 26
TYLER DIVISION

TEXAS EASTERN

| | | |
|---|---|---|
| The MathWorks, Inc., | § | BY_____ |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06CV335 |
| | § | LED |
| COMSOL AB and COMSOL, Inc., | § | |
| Defendants. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |

## COMPLAINT

Plaintiff The MathWorks, Inc ("MathWorks") for its complaint against Defendants COMSOL AB and COMSOL, Inc. (collectively "COMSOL"), hereby alleges:

## PARTIES

1.      Plaintiff MathWorks is a Delaware corporation with its principal place of business at 3 Apple Hill Drive, Natick, Massachusetts 01760-2098.

2.      Upon information and belief, Defendant COMSOL AB is a Swedish corporation with offices at Tegnergatan 23, SE-111 40, Stockholm, Sweden.  Upon information and belief, COMSOL AB develops and manufactures and, in cooperation with its subsidiaries, markets throughout the world, including in this district and elsewhere in the United States, a variety of software products, including COMSOL Script™.

3.      Upon information and belief, Defendant COMSOL, Inc is a Massachusetts corporation with offices at 1 New England Executive Park #350, Burlington, Massachusetts 01803.  Upon information and belief, COMSOL, Inc. is a subsidiary of COMSOL AB and sells

Page 1
DLI-6017683v1

and otherwise markets, in this district and elsewhere in the United States, a variety of software products, including COMSOL Script™.

## JURISDICTION AND VENUE

4.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) because this action arises under the copyright laws of the United States, Title XVII of the United States Code, and this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) because this action includes claims that are related to the copyright claims and those supplemental claims form part of the same case or controversy as the copyright infringement claims.

5.    Personal jurisdiction exists generally over each of the Defendants because each has minimum contacts with this forum as a result of business regularly conducted within the State of Texas and within this district and specifically as a result of, at least, the Defendants' distribution network wherein Defendants place their products that infringe MathWorks' copyrights within the stream of commerce, which stream is directed at Texas and this district, and by committing the tort of copyright infringement within Texas and this district.

6.    Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400.

## BACKGROUND FACTS

7.    MathWorks is a leading provider of software for technical computing and model-based design.  MathWorks produces software for technical computing and model-based design for engineers, scientists, mathematicians, and researchers.  MathWorks' core products are MATLAB® computer software, used for performing mathematical calculations, analyzing and visualizing data, and writing new software programs; and Simulink® computer software, used for modeling and simulating complex dynamic systems, such as a vehicle's automatic transmission system.  MathWorks also produces over 75 additional software tools for specialized tasks such as processing images and signals and analyzing financial data.

Page 2

8.      MathWorks develops and markets MATLAB® – "The Language of Technical Computing" – a proprietary, high-level computer language and interactive environment that enables a user to perform computationally intensive tasks faster than through the use of traditional programming languages such as C, C++, and Fortran.

9.      MATLAB is used by over a million of the world's leading technical people, in over 100 countries, who work at the world's most innovative technology companies, government research labs, financial institutions, and at more than 3,500 universities.  Add-on toolboxes (collections of special-purpose MATLAB® functions) extend the MATLAB® environment to solve particular classes of problems in different application areas.  Toolboxes are collections of algorithms, written by experts in their fields, that provide application-specific numerical, analysis, and graphical capabilities.

10.      MATLAB® and the toolboxes serve a broad range of tasks across a variety of industries from automotive and electronics to industrial equipment and telecommunications.  For example, MathWorks' customers have used MATLAB® to improve the safety and efficiency of spacecraft docking by developing adaptive neurocontrol technology for a computer-aided, joystick control system; to improve race car performance by designing an automatic spring-testing system; to advance the mapping of the human genome by developing algorithms for DNA sequencing instruments; and, to avert financial crises in emerging economies by building an econometric model to predict such crises.

11.      MathWorks released the first commercial version of MATLAB® in 1984. Over the years, MathWorks' products have received substantial recognition in the form of industry awards and accolades.  For example, EDN, a magazine published for engineers and focused on electronic design technologies, has recognized MathWorks' products as "Top

Page 3

DLI-6017683v1

Software" products, "Hot Products," and top "Innovative" products on separate occasions. Scientific Computing Magazine has also recognized MathWorks' products with a variety of awards over the years. And, Automotive Engineering International recognized MathWorks' products as a "Top Product" in 2005. MATLAB® has received choice awards from the readers of NASA Tech Briefs and Scientific Computing & Automation, and the editors of Microwaves & RF. These are but a few the awards the industry has presented to MathWorks' products.

12.    COMSOL AB was founded in 1986 in Stockholm, Sweden and claims to have offices in several countries in Europe and in the United States. COMSOL AB markets itself as a provider of software solutions for multiphysics modeling. According to COMSOL's website, www.comsol.com, COMSOL's stated mission is to provide easy-to-use modeling software for solving complex multiphysics problems. Through MathWorks, COMSOL AB published its first physics-related product in 1995 as MathWorks' Partial Differential Equation ("PDE") Toolbox for MATLAB®.

13.    COMSOL AB began its relationship with MathWorks in the late 1980's when it began distributing MathWorks' products, including MATLAB®. In 1992, MathWorks and COMSOL AB formalized the distributorship relationship and executed an Exclusive Sales Agency Agreement ("Distributor Agreement") whereby COMSOL AB (formerly known as Computer Solutions Europe AB) agreed to market licenses and provide support services for MathWorks' software products including MATLAB® and various add-on toolboxes in Sweden, Denmark, Norway, Iceland, and Finland.

14.    As a distributor, COMSOL AB received copies of MathWorks' products (including MATLAB®), COMSOL AB received training for MathWorks' products, and COMSOL AB had access to MathWorks' software developers. When COMSOL AB purchased, opened, and used

Page 4

DLI-6017683v1

MathWorks' products, including MATLAB®, COMSOL AB agreed to MathWorks' Software License Agreement ("SLA"). A copy of the SLA is attached as Exhibit A hereto. The SLA provides, among other things, that a Licensee may not copy all or any part of MathWorks' product to create software that performs the same or similar functions as MathWorks' product, nor may a Licensee create derivative works based on MathWorks' product.

15.    In addition to being a distributor of MathWorks products, COMSOL AB developed a toolbox product that worked with MATLAB®. As a toolbox developer, COMSOL AB received additional copies of MathWorks' products, including MATLAB®. Indeed, on March 17, 1994, COMSOL AB entered into a valid and enforceable Exclusive Publishing Agreement ("Publishing Agreement") with MathWorks, under which MathWorks agreed to promote and distribute certain software products developed by COMSOL. In accordance with the Publishing Agreement, which is still in effect, COMSOL AB wrote and provided to MathWorks a toolbox for MATLAB® called the Partial Differential Equation Toolbox, which the MathWorks still distributes.

16.    In 1998, COMSOL AB published a software product called FEMLAB®, which is now sold under the name COMSOL Multiphysics.™ COMSOL Multiphysics™ is used to solve differential equations and when first created was built 'on top of' MathWorks' MATLAB® software and required MATLAB® in order to operate. COMSOL Mulitphysics™ was for a number of years included and promoted in the MathWork's partner program, called the Connections Program. Beginning in or around 2003, COMSOL Multiphysics™ no longer required MATLAB® to operate, but could operate independently of MATLAB®. However, it continued and continues to be closely integrated with MATLAB®.

Page 5

17.    Under the Publishing Agreement for the Partial Differential Equation Toolbox, COMSOL AB signed a non-disclosure agreement ("NDA") wherein COMSOL AB agreed not to use the Confidential and Proprietary Information of MathWorks except for the purpose of evaluating a potential business relationship with MathWorks or in connection with providing a service to MathWorks and to make no other use whatsoever of any confidential and proprietary information provided.

18.    Under the Publishing Agreement, COMSOL AB also agreed, *inter alia,* not to develop or sell a differential equations software product that worked with a product other than with MATLAB®, nor would COMSOL AB assist anyone else in doing so.

19.    In 2002, COMSOL AB and MathWorks replaced the 1992 Distributor Agreement with a Non-Exclusive Sales Agreement ("Sales Agreement"). The Sales Agreement was timely terminated, effective on or about January 1, 2004. However, MathWorks permitted COMSOL AB to continue as a distributor until on or about July 1, 2004.

20.    Upon information and belief, sometime prior to August 2005, COMSOL began to develop a product named COMSOL Script™ to compete with MATLAB®. Upon information and belief, COMSOL developed COMSOL Script™ using information it acquired from MathWorks. COMSOL developed COMSOL Script™ by copying MathWorks' MATLAB® product. According to COMSOL, COMSOL Script™ is an interactive mathematics software package and is fully compatible with MATLAB®. COMSOL Script™ is a clone of MATLAB®. COMSOL Multiphysics™ is now able to operate with COMSOL Script™ in an integrated manner and no longer requires MATLAB®.

21.    COMSOL currently markets and offers for sale and sells COMSOL Script™ throughout the United States, including in this judicial district.

Page 6

## COUNT I

### COPYRIGHT INFRINGEMENT – 17 U.S.C. § 106

22.     Plaintiff incorporates by reference each of the allegations contained in the foregoing paragraphs 1-21.

23.     Since the first commercial release of MATLAB® computer software, MathWorks has registered MATLAB® in compliance with the Federal Copyright Laws.  MathWorks is the owner of all right, title and interest to the copyright registrations for MATLAB® (the Copyrighted Software).  The relevant copyright registration numbers include but are not limited to  TX 1-625-488; TX 5-619-564; TX 6-290-220 and copies of these registrations are attached as Exhibits B-D hereto.

24.     In compliance with Copyright Regulations, MathWorks filed with the Copyright Office a copyright application, the registration fee, and a deposit of the works being registered.  The effective date of a copyright registration is the day on which an application, deposit and fee have all been received in the Copyright Office. 17 U.S.C. § 410(d).  Therefore, the effective date of MathWorks' copyright registrations are, among others, June 27, 1985; November 5, 2002; and November 9, 2005.

25.     The Copyrighted Software is a wholly original work of authorship and comprises copyrightable subject matter under the copyright laws of the United States, 17 U.S.C. §§ 101 *et. seq*.  MathWorks has complied in all respects with the laws governing copyright including, for example, marking and has secured the exclusive rights and privileges in, to and under the copyrights in the Copyrighted Software.

26.     As the owner of the Copyrighted Software, MathWorks enjoys the exclusive right to, among other things, reproduce the Copyrighted Software, prepare derivative works based upon

Page 7

DLI-6017683v1

the Copyrighted Software, and distribute copies of the Copyrighted Software.  17 U.S.C. §§ 101, 106.

27.     The COMSOL Script™ software being offered for sale by COMSOL ("the Accused Software") infringes MathWorks' copyrights in the Copyrighted Software.

28.     COMSOL has infringed the Copyrighted Software through its actions beginning at least as early as August 2005.

29.     At all times relevant hereto, COMSOL has been aware or should have been aware of the existence of MathWorks' copyrights in the Copyrighted Software and therefore, COMSOL is a willful infringer of MathWorks' copyrights.

30.     The infringement of MathWorks' copyrights by COMSOL will cause imminent harm to MathWorks' reputation and goodwill unless restrained by this Court.  COMSOL's infringement will irreparably harm MathWorks' business and deprive it of a competitive advantage.  MathWorks has no adequate remedy at law for COMSOL's infringement. MathWorks has a substantial likelihood of success on the merits with respect to copyright infringement and the injury faced by MathWorks substantially outweighs the injury that would be sustained by COMSOL as a result of granting injunctive relief.  Furthermore, granting injunctive relief on the basis of COMSOL's copyright infringement would not adversely affect public policy or public interest.

## COUNT II

### BREACH OF CONTRACT – EXCLUSIVE PUBLISHING AGREEMENT

31.     MathWorks incorporates by reference each of the allegations contained in the foregoing paragraphs 1-30.

32.     Pursuant to the Publishing Agreement, under the incorporated NDA, MathWorks identified Confidential and Proprietary Information, as including a variety of propriety

Page 8

DLI-6017683v1

MathWorks' information including, for example, programs, databases, source codes, services, and customer information.

33.     In the NDA, COMSOL agreed not to use the Confidential and Proprietary Information of MathWorks except for the purpose of evaluating a potential business relationship with MathWorks or in connection with providing a service to MathWorks and to make no other use whatsoever of any confidential and proprietary information provided.

34.     The obligations of COMSOL under the terms of the NDA are currently in effect.

35.     Upon information and belief, COMSOL has used MathWorks' Confidential and Proprietary Information in the development of COMSOL Script™ in violation of the NDA.

36.     Under the Publishing Agreement, COMSOL AB also agreed, *inter alia,* not to develop or sell a differential equations software product that worked with a product other than with MATLAB®, nor would COMSOL AB assist anyone else in doing so.  As a result of COMSOL's development of COMSOL Script™, COMSOL Multiphysics™ is able to work with a product other than MATLAB®, in violation of the Publishing Agreement.

37.     MathWorks has fully performed all conditions, covenants and promises in the Publishing Agreement.

38.     By at least developing COMSOL Script™ for integrated use with COMSOL Multiphysics™, COMSOL has breached Section 8 of the Publishing Agreement.

39.     MathWorks has been and is continually and irreparably damaged as a result of COMSOL's breach of the Publishing Agreement and has no adequate remedy at law.  COMSOL's unlawful conduct will continue to damage MathWorks unless enjoined by this Court.  MathWorks has a substantial likelihood of success on the merits with respect to this breach of contract claim and the damage faced by MathWorks substantially outweighs the injury that would be sustained

Page 9

DLI-6017683v1

by COMSOL as a result of granting injunctive relief.  Further, granting injunctive relief would not adversely affect public policy or public interest.

## COUNT III

## BREACH OF CONTRACT - SOFTWARE LICENSE AGREEMENT

40.    MathWorks incorporates by reference each of the allegations contained in the foregoing paragraphs 1-39.

41.    By purchasing, opening, and using MATLAB®, COMSOL agreed to the terms of the SLA.  For example, pursuant to Section 4 of SLA, COMSOL, the licensee of the software, agreed that it "shall not, and shall not permit any Third Party to:" **4.1** modify, or create any derivative work of, any part of the licensed Programs [...]; **4.2** adapt, translate, copy or convert all or any part of a Program in order to create software, a principal purpose of which is to perform the same or similar functions as Programs licensed by MathWorks or to replace any component of the Programs; **4.4** disassemble, decompile, reverse engineer the Programs or otherwise attempt to gain access to its method of operation or source code (other than files provided for convenience in source code form by MathWorks); and **4.9** copy, make available for copy, or otherwise reproduce the Programs, in whole or in part, except either (a) as may be required for their installation into computer memory for the purpose of executing the Program in accordance with the License Option and associated permitted Installation Type(s), (b) as expressly permitted in the *Deployment Addendum*, or (c) to make a reasonable number of copies solely for back-up purposes provided that any such permitted copies shall reproduce all copyright, trade secret, patent, logo, proprietary and/or other legal notices contained in the original copy obtained from MathWorks.

42.    The obligations of COMSOL under the terms of the SLA are currently in effect and have been in effect at all relevant times.

43.    MathWorks has performed all conditions, covenants and promises in the SLA.

Page 10

DLI-6017683v1

44.    By at least developing COMSOL Script™ using MATLAB® and by marketing and selling COMSOL Script™, COMSOL has breached the SLA.

45.    MathWorks has been and is continually and irreparably damaged as a result of COMSOL's breach of the SLA and has no adequate remedy at law.  COMSOL's unlawful conduct will continue to damage MathWorks unless enjoined by this Court.  MathWorks has a substantial likelihood of success on the merits with respect to this breach of contract claim and the damage faced by MathWorks substantially outweighs the injury that would be sustained by COMSOL as a result of granting injunctive relief.  Further, granting injunctive relief would not adversely affect public policy or public interest.

Page 11

## COUNT IV

## UNFAIR COMPETITION – COMMON LAW MISAPPROPRIATION

46.    MathWorks incorporates by reference each of the allegations contained in the foregoing paragraphs 1-45.

47.    MathWorks has invested extensive time, labor, skill and money to create and augment MATLAB®. For over twenty years, MathWorks has dedicated substantial financial and personnel resources to develop and refine MATLAB®. MathWorks has also invested substantial time, labor, skill and money in advertising, promoting and developing the market for MATLAB®.

48.    COMSOL had access to MATLAB® and information about MATLAB® as a result of the relationship entered into under the  Distributor Agreement, the Publishing Agreement, the SLA, and the Sales Agreement.

49.    Upon information and belief, COMSOL used MATLAB® and information about MATLAB® in the development of COMSOL Script™ and in its efforts to market COMSOL Script™. Upon information and belief, COMSOL Script™ is a "clone" product that copies MATLAB® technology. COMSOL is actively marketing and selling COMSOL Script™ in competition with MathWorks and MATLAB®.

50.    Upon information and belief, COMSOL has gained a special competitive advantage because COMSOL is burdened with little of the expense incurred by MathWorks as a result of COMSOL's use of MATLAB® and information about MATLAB® in the development and marketing of COMSOL Script™.

51.    MathWorks has suffered commercial damage as a result of COMSOL's unfair competition in an amount that cannot be determined without discovery.

52.    MathWorks has been and is continually and irreparably damaged as a result of the misappropriation by COMSOL and has no adequate remedy at law. COMSOL's unlawful

Page 12

DLI-6017683v1

conduct will continue to damage MathWorks unless enjoined by this Court. MathWorks has a substantial likelihood of success on the merits with respect to this common law misappropriation claim and the damage faced by MathWorks substantially outweighs the injury that would be sustained by COMSOL as a result of granting injunctive relief. Further, granting injunctive relief would not adversely affect public policy or public interest.

## JURY DEMAND

53.     MathWorks requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff MathWorks prays that the court grant the following relief:

1.     Declare that each of the Defendants has infringed MathWorks' copyrights for the Copyrighted Software.

2.     Pursuant to 17 U.S.C. § 502, permanently enjoin each of the Defendants, its officers, agents, servants, employees and attorneys and all persons in active concert or participation with it, from infringing the Copyrighted Software in any manner, and from copying, preparing derivative works, selling, distributing and otherwise generating income from the Copyrighted Software or any software that has been derived in whole or in part from MathWork's Copyrighted Software, including without limitation the Accused Software.

3.     Pursuant to 17 U.S.C. § 503, order the destruction of Defendants' infringing software, including without limitation on the Accused Software and all copies and back-ups thereof.

4.     Order each of the Defendants to stop marketing and selling the Accused Software.

5.     Pursuant to 17 U.S.C. § 504, order an accounting of all gains, profits and advantages derived by each of the Defendants from its copyright infringement, and order each of the Defendants to pay to MathWorks the actual damages that MathWorks has sustained and each

Page 13

DLI-6017683v1

of the Defendants' profits attributable to its copyright infringement or statutory damages, including treble damages for willful infringement.

6.    Enter judgment against each of the Defendants in an amount equal to MathWorks' actual damages as determined by the Court.

7.    Increase such judgment by the amount each of the Defendants has been unjustly enriched by virtue of its misconduct.

8.    Pursuant to 17 U.S.C. § 505, order each of the Defendants to pay MathWorks' costs and reasonable attorneys' fees.

9.    Declare that each of the Defendants has breached the Publishing Agreement.

10.    Declare that each of the Defendants has breached the SLA.

11.    Enter judgment in MathWorks' favor and against each of the Defendants for breach of contract for both the Publishing Agreement and the SLA, in an amount to be determined, plus interest.

12.    Pursuant to Section 6 of NDA incorporated into the Publishing Agreement, award MathWorks its reasonable attorneys' fees, expenses, and costs in bringing this action.

13.    Grant such other and further relief as this Court may deem just and appropriate.

Page 14

DLI-6017683v1

July 28, 2006

Respectfully submitted,

Mark N. Reiter
Texas State Bar No. 16759900
Attorney-in-Charge
Email: mnreiter@jonesday.com
Hilda C. Galvan
Texas State Bar No. 00787512
Email: hcgalvan@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX  75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Krista S. Schwartz  (06238053)
Email: ksschwartz@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

Carl Roth
Texas State Bar No. 17312000
LAW OFFICES OF CARL ROTH
115 N. Wellington
Marshall. Texas  75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

Attorneys for Plaintiff
THE MATHWORKS, INC.

Page 15

DLI-6017683v1