UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE MATHWORKS, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:06CV335-LED |
| COMSOL AB and COMSOL, INC., | § § § | |
| Defendants. | § | |

## ANSWER AND COUNTERCLAIMS
## OF DEFENDANTS COMSOL AB AND COMSOL, INC.

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendants COMSOL AB and COMSOL, Inc. (collectively "Defendants") hereby answer the complaint of Plaintiff The MathWorks, Inc. ("MathWorks") as follows:

### PARTIES

1.     COMSOL lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and, therefore, denies such allegations.

2.     Admitted.

3.     Admitted.

### JURISDICTION AND VENUE

4.     Paragraph 4 contains legal assertions to which no response is required.  To the extent that the allegations contained in Paragraph 4 require a response, they are denied.

5.     Paragraph 5 contains legal assertions to which no response is required.  To the extent that the allegations contained in Paragraph 5 require a response, they are denied.

6.    Paragraph 6 contains legal assertions to which no response is required.  To the extent the allegations contained in Paragraph 4 require a response, they are denied.

## BACKGROUND FACTS

7.    Defendants admit that MathWorks is a provider of software for technical computing and model-based design.  Defendants admit that MathWorks produces software for technical computing and model-based design for engineers, scientists, mathematicians, and researchers.  Defendants admit that MathWorks' core products are MATLAB® computer software, used for performing mathematical calculations, analyzing and visualizing data, and writing new software programs; and Simulink® computer software, used for modeling and simulating complex dynamic systems, such as a vehicle's automatic transmission system. Defendants admit that MathWorks also produces additional software tools.   Otherwise, Defendants lack knowledge or information sufficient to form a belief in the truth of the matters set forth in Paragraph 7 and, therefore, deny such allegations.

8.    Defendants admit that MathWorks refers to the MATLAB computing language as "The Language of Technical Computing." Defendants admit that MathWorks has added certain functions to the MATLAB computing language.  Except as expressly admitted herein, the allegations in Paragraph 8 are denied.

9.    Defendants lack knowledge or information sufficient to form a belief in the truth of the matters set forth in the first sentence of Paragraph 9 and, therefore, deny such allegations. Defendants admit the allegations contained in the second and third sentences of Paragraph 9.

10.    Defendants lack knowledge or information sufficient to form a belief in the truth of the matters set forth in Paragraph 10 and, therefore, deny such allegations.

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.**                                                    **Page 2**
02006.601/#157581

11.    Defendants lack knowledge or information sufficient to form a belief in the truth of the matters set forth in Paragraph 11 and, therefore, deny such allegations.

12.    Defendants admit that a predecessor entity to COMSOL AB was founded in 1986 and that COMSOL AB has subsidiaries in Europe, and that COMSOL, Inc. has offices in the United States. Defendants state that the content of the website www.comsol.com speaks for itself. To the extent the allegations of Paragraph 12 of the Complaint alter or vary the content of such website, such allegations are denied. Except as expressly admitted herein, the allegations contained in Paragraph 12 are denied.

13.    Defendants admit the allegations set forth in the first sentence of Paragraph 13. Defendants admit that in 1992 MathWorks and COMSOL AB entered into an Exclusive Sales Agency Agreement ("Distributor Agreement"). The Distributor Agreement speaks for itself. To the extent the allegations in Paragraph 13 alter or vary the terms of the Distributor Agreement, such allegations are denied. Except as expressly admitted herein, the allegations in Paragraph 13 are denied.

14.    Defendants admit that they received copies of certain products (including MATLAB®) and had access to certain MathWorks' software developers. The Software License Agreement ("SLA") speaks for itself. To the extent that the allegations in Paragraph 14 alter or vary the terms of the SLA, such allegations are denied. Further answering, Paragraph 14 contains legal conclusions to which no response is required. To the extent any response is required, such allegations are denied. Except as expressly admitted herein, the allegations contained in Paragraph 14 are denied.

15.    Defendants admit that COMSOL AB developed a toolbox for solving partial differential equations and that COMSOL AB received additional copies of MathWorks'

---

products, including, MATLAB®. Defendants admit that on March 17, 1994, COMSOL AB entered into an Exclusive Publishing Agreement ("Publishing Agreement") with MathWorks. The Publishing Agreement speaks for itself. To the extent that the allegations contained in Paragraph 15 alter or vary the terms of the Publishing Agreement, such allegations are denied. Further answering, Paragraph 15 contains legal conclusions to which no response is required. To the extent any response is required, such allegations are denied. Defendants admit that MathWorks is distributing COMSOL AB's toolbox for solving partial differential equations. Except as expressly admitted herein, the allegations contained in Paragraph 15 are denied.

16.    Defendants admit that COMSOL AB published a software product called FEMLAB®, a later version of which is now known as COMSOL Multiphysics™. Defendants admit that these products may be used to solve partial differential equations. Defendants admit that FEMLAB® and COMSOL Multiphysics™ were, and continue to be, interoperable with MATLAB®. Defendants admit that COMSOL Multiphysics™ was for a number of years included and promoted in the MathWorks partner program, called the Connections Program. Defendants admit that FEMLAB® formerly required MATLAB® to operate and that since the release of FEMLAB® 3.0 on or about November 24, 2003 neither FEMLAB® nor Comsol Multiphysics™ have required MATLAB® to operate. Except as expressly admitted herein, the allegations contained in Paragraph 16 are denied.

17.    Defendants admit that on March 12, 1994 COMSOL AB and MathWorks entered into two non-disclosure agreements ("NDAs"), which are exhibits to the Publishing Agreement. The NDAs speak for themselves. To the extent that the allegations contained in Paragraph 17 alter or vary the terms of the NDAs, such allegations are denied. Except as expressly admitted herein, the allegations contained in Paragraph 17 are denied.

---

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.**                              **Page 4**
02006.601/#157581

18.     The Publishing Agreement speaks for itself.  To the extent that the allegations contained in Paragraph 18 alter or vary the terms of the Publishing Agreement, such allegations are denied.  Except as expressly admitted herein, the allegations contained in Paragraph 18 are denied.

19.     Defendants admit that the 1992 Distributor Agreement, as amended, was in effect through August 28, 1997 and that, on or about September 1, 1997, COMSOL AB and MathWorks entered into a Non-Exclusive Sales Agreement ("Sales Agreement"), which was amended.  The terms of the Non-Exclusive Sales Agreement and the Distributor Agreement, as well as amendments to such documents, speak for themselves.  To the extent the allegations in Paragraph 19 alter or vary the terms of such documents, such allegations are denied.  Defendants admit that the Sales Agreement terminated on or about January 1, 2004.  Defendants admit that COMSOL AB continued as a distributor thereafter at the request of MathWorks until June 30, 2004.  Except as expressly admitted, the allegations contained in Paragraph 19 are denied.

20.     Defendants admit that prior to August 2005 COMSOL AB developed a product named COMSOL Script™.  Except as expressly admitted herein, the allegations contained in Paragraph 20 are denied.

21.     Admitted.

## COUNT I

### Copyright Infringement – 17 U.S.C. § 106

22.     Defendants repeat and incorporate by reference their responses to each of the preceding Paragraphs as though fully set forth herein.

23.     Paragraph 23 contains legal conclusions to which no response is required.  To the extent any response is required, such allegations are denied.  Further answering, Defendants lack

knowledge or information sufficient to form a belief in the truth of the matters set forth in Paragraph 23 and, therefore, deny such allegations.

24. Paragraph 24 contains legal conclusions to which no response is required. To the extent any response is required, such allegations are denied. Further answering, Defendants lack knowledge or information sufficient to form a belief in the truth of the matters set forth in Paragraph 24 and, therefore, deny such allegations.

25. Paragraph 25 contains legal conclusions to which no response is required. To the extent any response is required, such allegations are denied. Further answering, Defendants lack knowledge or information sufficient to form a belief in the truth of the matters set forth in Paragraph 25 and, therefore, deny such allegations.

26. Paragraph 26 contains legal conclusions to which no response is required. To the extent any response is required, such allegations are denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

## COUNT II

### Breach of Contract – Exclusive Publishing Agreement

31. Defendants repeat and incorporate by reference their responses to each of the preceding Paragraphs as though fully set forth herein.

32. The Publishing Agreement and NDA speak for themselves. To the extent that the allegations contained in Paragraph 32 alter or vary the terms of the Publishing Agreement or

NDA, such allegations are denied. To the extent that any further response is required, the allegations contained in Paragraph 32 are denied.

33. The NDA speaks for itself. To the extent that the allegations contained in Paragraph 33 alter or vary the terms of the NDA, such allegations are denied.

34. Paragraph 34 contains legal conclusions to which no response is required. Further answering, the NDA speaks for itself. To the extent that the allegations contained in Paragraph 34 alter or vary the NDA, such allegations are denied. To the extent such further response is required, the allegations contained in Paragraph 34 are denied.

35. Denied.

36. The Publishing Agreement speaks for itself. To the extent that the allegations contained in Paragraph 36 alter or vary the Publishing Agreement, such allegations are denied. The allegations contained in the second sentence of Paragraph 36 are denied.

37. Denied.

38. Denied.

39. Denied.

## COUNT III

### Breach of Contract – Software License Agreement

40. Defendants repeat and incorporate by reference their responses to each of the preceding Paragraphs as though fully set forth herein.

41. Paragraph 41 contains legal conclusions to which no response is required. Further answering, the SLA speaks for itself. To the extent that the allegations contained in Paragraph 41 alter or vary the SLA, such allegations are denied. To the extent that any further response is required, the allegations contained in Paragraph 41 are denied.

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.**                                    **Page 7**
02006.601/#157581

42.    Paragraph 42 contains legal conclusions to which no response is required. Further answering, the SLA speaks for itself. To the extent that the allegations contained in Paragraph 42 alter or vary the SLA, such allegations are denied. To the extent that any further response is required, the allegations contained in Paragraph 42 are denied.

43.    Denied.

44.    Denied.

45.    Denied.

## COUNT IV

### Unfair Competition – Common Law Misappropriation

46.    Defendants repeat and incorporate by reference their responses to each of the preceding Paragraphs as though fully set forth herein.

47.    Defendants lack knowledge or information sufficient to form a belief in the truth of the matters set forth in Paragraph 47 and, therefore, deny such allegations.

48.    Denied.

49.    Denied.

50.    Denied

51.    Denied.

52.    Denied.

53.    Paragraph 53 of the Complaint contains statements to which no response of Answering Defendants is required.

## ADDITIONAL DEFENSES

1.    The Complaint should be dismissed for failure to state a claim upon which relief may be granted.

2.    MathWorks' claims are barred by estoppel.

3.    MathWorks' claims are barred by laches.

4.    MathWorks' claims are barred by the applicable statutes of limitations.

5.    MathWorks' claims are barred by its own acquiescence in, and ratification of, the conduct that is the subject of the Complaint.

6.    MathWorks' claims are barred by waiver.

7.    MathWorks' claims are barred by the doctrine of unclean hands.

8.    MathWorks' claims are barred by its own breaches of contractual obligations to COMSOL.

9.    MathWorks' claims are barred by implied license.

10.    MathWorks' claims are barred by the doctrine of copyright misuse.

11.    MathWorks' claims are barred by the doctrine of fair use.

12.    MathWorks' state law claims are preempted by federal copyright and/or patent law.

13.    MathWorks' copyright claims are barred to the extent the works that MathWorks claims to have been infringed are not properly registered.

14.    MathWorks' claims are barred to the extent COMSOL's activities are permitted by the laws of Sweden, including Swedish law implementing the European Union Software Directive.

15.    MathWorks' claims are barred to the extent they seek legal protection for items in the public domain.

16.    MathWorks' contract claims are barred to the extent they seek to enforce contractual provisions that violate public policy, including applicable antitrust laws.

17.    Defendants reserve the right to assert additional defenses which may become apparent during discovery in this action.

## COUNTERCLAIMS

Counterclaim-Plaintiffs COMSOL AB and COMSOL, Inc. (collectively "COMSOL") for their counterclaims against Counterclaim-Defendant The MathWorks, Inc. ("MathWorks"), hereby allege:

## INTRODUCTION

1.    These counterclaims are brought to redress MathWorks' numerous material breaches of its contractual obligations, MathWorks' violation of COMSOL's rights under the Copyright Act, and MathWorks' anticompetitive violations of the antitrust laws. After nearly two decades of benefiting from COMSOL's labors while trampling on COMSOL's rights, MathWorks is now attempting to squelch the competitive threat represented by COMSOL. MathWorks is wrongfully maintaining its monopoly power and restraining trade.

## PARTIES

2.    COMSOL AB  is a Swedish corporation with a principal place of business at Tegnergatan 23, SE-111 40 Stockholm, Sweden. COMSOL AB develops and manufactures a variety of software products. Through various subsidiaries, these software products are marketed throughout the world.

---

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.**                                    **Page 10**
02006.601/#157581

3.     COMSOL, Inc. is a Massachusetts corporation with a principal place of business at 1 New England Executive Park Suite #350, Burlington, Massachusetts 01803. COMSOL, Inc. is a subsidiary of COMSOL AB and is engaged in the sale and marketing of software products throughout the United States.

4.     MathWorks is a Delaware corporation with its principal place of business at 3 Apple Hill Drive, Natick, Massachusetts 01760-2098. MathWorks develops and manufactures software products and is engaged in the sale and marketing of software products throughout the United States and the world.

## JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) because to redress MathWorks' violation of COMSOL AB's rights under the Copyright Act of the United States.

6.     The Court has subject matter jurisdiction under Section 4 of the Clayton Act (15 U.S.C. § 15(a)) and under 28 U.S.C. §§ 1331 and 1337 to redress MathWorks' violations of Sections 1 and 2 of the Sherman Act (15 U.S.C. §§ 1, 2), as amended.

7.     The Court has supplemental jurisdiction over these counterclaims pursuant to 28 U.S.C. § 1367(a) because the counterclaims are all related to MathWorks' copyright claims and those supplemental claims form part of the same case or controversy as MathWorks' copyright claims. In addition, the Court has supplemental jurisdiction over COMSOL's state law counterclaims because such counterclaims form part of the same case or controversy as COMSOL's copyright and antitrust claims.

8.      Venue is proper in this judicial district under Section 12 of the Clayton Act (15 U.S.C. § 22), under 28 U.S.C. § 1391(c), and under 28 U.S.C. § 1400 because MathWorks transacts business and is found here.

## BACKGROUND

### The COMSOL-MathWorks Relationship

9.      COMSOL AB's corporate predecessor was established in 1986 by graduate students at the Royal Institute of Technology in Stockholm as a developer of software products. (COMSOL AB and its corporate predecessors are hereinafter collectively referred to as COMSOL AB.)

10.     COMSOL AB's products have received numerous awards and accolades, including the NASA Tech Briefs Readers' Choice Product of the Year 2000 Silver Winner (in which COMSOL AB's product was selected over MathWorks' then released version of its MATLAB® product), NASA Tech Briefs Readers' Choice Product of the Year 2005 Winner, and Desktop Engineering's Readers' Choice Award December 2005.  In 2004, COMSOL AB's founder, Svante Littmarck, was awarded an honorary degree by the Royal Institute of Technology in Stockholm, Sweden in recognition of COMSOL AB's achievements in developing and efficiently spreading the use of high quality software for advanced scientific computations.

11.     The founders of COMSOL AB had experience in the 1980s with public domain versions of the MATLAB computer programming language and of the MATLAB computer program, which were in widespread circulation.

---

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.**                                    **Page 12**
02006.601/#157581

12.    In the mid 1980s, MathWorks developed a version of this computer program for use with personal computers or PCs and began distributing this program under the MATLAB® name.

13.    In or about the summer of 1987, COMSOL AB became a distributor of MATLAB® in the Scandanavian countries.

14.    In or about August of 1992, MathWorks and COMSOL AB entered into an Exclusive Sales Agency Agreement.   Thereafter, COMSOL AB continued to act as a MATLAB® distributor in the Nordic countries.

15.    At about the time the Distributor Agreement was negotiated, a representative of MathWorks informed COMSOL AB that at some point MathWorks would want to handle its own Nordic distribution—without COMSOL AB.

16.    In anticipation of the possibility that MathWorks might attempt to terminate COMSOL AB as a distributor, COMSOL AB began to explore the development of products that could be used as add-ons to the MATLAB® product ("Toolboxes") or that would otherwise enhance MATLAB®.

17.    In or around the summer of 1992, representatives of COMSOL AB asked Cleve Moler of MathWorks whether MathWorks would be interested in a compiler that would translate programs written in the MATLAB language to the C language and whether MathWorks would be opposed to the development of such a compiler.  Such a compiler was of great value because programs written by users in the MATLAB environment would only work in that restrictive environment, because there was no commercially viable debugging tool at the time for programs in the MATLAB language, because programs written in the MATLAB language ran more slowly

than programs written in languages such as C.  Compiled programs written in the C language execute more efficiently than programs written in the MATLAB language.

18.    COMSOL AB was informed that MathWorks was not opposed to the development of such a compiler but believed that the task could not be achieved.

19.    COMSOL AB proceeded to develop a compiler that would translate MATLAB code to C code.  COMSOL AB's resulting MATLAB to C translator was highly innovative. Indeed, no previous compiler existed for translating MATLAB code to the C language.

20.    In or about February of 1993, COMSOL AB performed a demonstration for MathWorks of COMSOL AB's MATLAB to C translator.

21.    MathWorks did not express interest in utilizing COMSOL's translator and claimed to be developing its own MATLAB to C translator.  MathWorks retained a copy of COMSOL's MATLAB to C translator and proceeded with development of MathWorks' own MATLAB to C translator.

22.    Subsequently, at a MATLAB User Conference at the Hyatt Regency in Cambridge, Massachusetts in or about the fall of 1993, MathWorks' principal, Jack Little, had a meeting with COMSOL AB's principal, Svante Littmarck.  At this meeting, Mr. Little threatened COMSOL AB by asserting that COMSOL AB's MATLAB to C translator was "messing with our crown jewels" and insisting that COMSOL AB could not be a distributor for MathWorks while selling a MATLAB translator.

23.    In deference to MathWorks, COMSOL AB abandoned further work on, and any distribution of, COMSOL's MATLAB to C translator.

## The Exclusive Publishing Agreement

24. When Mr. Littmarck asked Mr. Little which areas MathWorks would permit COMSOL AB to develop products in, Mr. Little said that COMSOL AB could develop products in the area of solving differential equations.

25. On or about March 17, 1994, COMSOL AB and MathWorks entered into an Exclusive Publishing Agreement for Differential Equation Solving Toolbox Software (the "Exclusive Publishing Agreement").

26. Pursuant to the Exclusive Publishing Agreement, COMSOL AB developed a Toolbox for use with MATLAB® called the Partial Differential Equation ("PDE") Toolbox. The PDE Toolbox is a software program that enables users of MATLAB® to solve differential equations.

27. Pursuant to the Exclusive Publishing Agreement, MathWorks, *inter alia*, assumed exclusive responsibility for marketing and distribution of the PDE Toolbox.

28. However, MathWorks repeatedly breached its obligations under the Exclusive Publishing Agreement and repeatedly took actions that had the effect of depriving COMSOL AB of the value of the Exclusive Publishing Agreement.

29. Under the Exclusive Publishing Agreement, MathWorks was required to pay COMSOL AB certain royalties, including 20% of amounts received by MathWorks and its subsidiaries and affiliates for sales and support of the PDE Toolbox and 80% of MathWorks' international prices for the PDE Toolbox for sales by COMSOL AB made in COMSOL AB's sales territory under the Exclusive Sales Agency Agreement.

30. However, MathWorks refused to renew the Exclusive Sales Agency Agreement after its termination on or about August 28, 1997, thereby depriving COMSOL AB of its

exclusive status as distributor in the territory for which sales of the PDE Toolbox generated an 80% royalty under the Exclusive Publishing Agreement.

31.    MathWorks and COMSOL AB subsequently entered into a Non-Exclusive Sales Agreement.  However, in or about the fall of 2003, MathWorks informed COMSOL AB that MathWorks would eliminate COMSOL AB's distribution altogether.  The Non-Exclusive Sales Agreement was terminated on or about January 1, 2004.  At that point, MathWorks requested that COMSOL AB continue as a distributor for a short period of time until MathWorks was able to take over this distribution of MATLAB® and the PDE Toolbox on or about July 1, 2004.

32.    Accordingly, MathWorks completely—and wrongfully—deprived COMSOL AB of the source of the 80% royalty on sales of the PDE Toolbox to which COMSOL AB was contractually entitled under the Exclusive Publishing Agreement.  This action had the further effect of depriving COMSOL AB of the substantial revenues earned through the distribution of MATLAB®.

33.    MathWorks has further wrongfully deprived COMSOL AB of the full 20% royalty to which COMSOL AB is entitled under the Exclusive Publishing Agreement on sales of the PDE Toolbox by MathWorks.

34.    Previously, COMSOL AB earned its 20% royalty on MathWorks' revenues from sales of the PDE Toolbox by independent distributors of MATLAB®.

35.    However, MathWorks has eliminated these independent distributors and set up its own subsidiaries and affiliates to make such sales.  On information and belief, after transitioning to subsidiary and affiliated distributors, MathWorks refused to pay COMSOL AB a 20% royalty on revenues of MathWorks' subsidiary and affiliated distributors.  Instead of paying COMSOL AB 20% of the revenues of MathWorks subsidiary and affiliated distributors, MathWorks has

paid 20% of what MathWorks itself received from such subsidiary and affiliated distributors. Indeed, when asked about this issue, MathWorks' principal, Jack Little, asserted that MathWorks subsidiary and affiliated distributors were entitled to recoup their costs in the same manner as independent distributors.

36.     The Exclusive Publishing Agreement does not permit MathWorks to deduct expenses from the royalties payable to COMSOL AB and entitles COMSOL AB to 20% of royalties received whether by MathWorks or by its subsidiaries or affiliates.

37.     The Exclusive Publishing Agreement further required MathWorks to provide quarterly reports covering worldwide sales and support for the PDE Toolbox.

38.     For years, MathWorks provided quarterly reports breaking out invoice number, price, customer, and quantity sold.

39.     However, beginning in the fourth quarter of 2005, MathWorks began providing reports that indicated amounts sold within certain "revenue classes" but not indicating what was sold to each customer.  These new reports were of no utility to COMSOL and facilitated MathWorks' wrongful withholding of royalties.

40.     The Exclusive Publishing Agreement also required MathWorks to use its best efforts to apprise COMSOL AB of software development plans that may impact the functionality or marketability of the PDE Toolbox.

41.     Yet, MathWorks developed a MATLAB to C translator and encouraged users to use MathWorks' compiler program to translate the PDE Toolbox to the C language and create infringing derivative works of the PDE Toolbox with no royalties to COMSOL AB.  Attached as Exhibit A is a copy of pages from MathWorks' web site where MathWorks informs users of MATLAB® that MathWorks' compiler can be used to compile various Toolboxes, including the

PDE Toolbox. MathWorks never apprised COMSOL of MathWorks' plans to promote a translator to induce the creation of infringing derivative works of the PDE Toolbox.

42. Under the Exclusive Publishing Agreement, MathWorks was not granted the right to make derivative works of the PDE Toolbox, and, except for those rights expressly granted to MathWorks, all title and ownership in the PDE Toolbox remained with COMSOL AB.

43. Moreover, MathWorks is actually promoting competing products that incorporate a version of the PDE Toolbox translated from the MATLAB language to the C language. Attached as Exhibit B is a copy of pages from MathWorks' web site where MathWorks promotes the GMI SFIB™ product using a C language version of the PDE Toolbox.

44. Furthermore, under the Exclusive Publishing Agreement, Math Works agreed not to develop, modify, enhance, test, support, maintain, or market any computer software similar to the PDE Toolbox that provides as its principal function solving differential equations in integrated use with MATLAB® implemented in substantially the same manner as the specifications attached to the Exclusive Publishing Agreement and agreed not to assist any other person or company in such activities.

45. However, MathWorks is promoting programs that provide as their principal function solving differential equations in integrated use with MATLAB® implemented in substantially the same manner as the specifications attached to the Exclusive Publishing Agreement, including the Structural Dynamics Toolbox.

46. Notwithstanding MathWorks' own repeated violations of the Exclusive Publishing Agreement and MathWorks' destruction of the value to COMSOL AB of the Exclusive Publishing Agreement, MathWorks is now trying to use that agreement to restrict COMSOL's business activities.

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.** **Page 18**
02006.601/#157581

## MathWorks' Monopolization and Restraint of Trade

47.    This is not the first instance of MathWorks' anticompetitive behavior. Indeed, MathWorks' anticompetitive modus operandi is well established.

48.    On June 21, 2002, the United States Department of Justice ("DOJ") filed a complaint against MathWorks in the United States District Court for the Eastern District of Virginia for violating Section 1 of the Sherman Act (15 U.S.C. § 1) by entering into a transaction a *per se* illegal market allocation and price-fixing agreement with a competitor, Wind River Systems, Inc. ("Wind River"), through which The MathWorks acquired control over Wind River's competing product (the "DOJ Action") and by then ceasing further development of that competing product. The DOJ Action sought relief against MathWorks for restraining trade and enhancing MathWorks' market power in three markets within the control system design software field.

49.    On March 17, 2003, a Final Judgment was entered against MathWorks in the DOJ's action with the consent of MathWorks requiring MathWorks to disgorge assets relating to that competing product.

50.    Through the agreements at issue in the instant action, MathWorks is similarly acting to unlawfully maintain its monopoly and restrain trade in the same markets.

51.    MathWorks sells software products used by major aerospace and automotive manufacturers to design and test dynamic control systems integrated into their products. Control system design software is used by major aerospace and automotive manufacturers to design and test dynamic control systems integrated into their products. The use of dynamic control system design software tools is essential to engineers designing control systems used in products and

---

projects ranging from commercial airplanes to unmanned military aircraft to the International Space Station to anti-lock brake systems in automobiles.

## MathWorks and Interstate Commerce

52.    On information and belief, MathWorks has posted annual world-wide revenues during the relevant time period ranging from approximately $200 million to in excess of $300 million on sales of mathematical-based software products for numeric computation, visualization, and simulation used in the design of sophisticated products. MathWorks' principal products are MATLAB®, MathWorks' mathematical analysis software, and Simulink®, MathWorks' simulation software product. MATLAB® is used with Simulink® and various other add-on Toolboxes for control system design. On information and belief, MathWorks has posted annual revenues during the relevant time period of approximately $100 million or more on sales of MathWorks' software used for dynamic control system design. MathWorks transacts business and sells products to customers located in the Eastern District of Texas.

53.    COMSOL develops and manufactures software products that are used with MATLAB® and software products that do not require MATLAB® for use.

54.    COMSOL's PDE Toolbox, developed under the Exclusive Publishing Agreement, is a Toolbox add-on for MATLAB® and enables MATLAB® users to perform certain functions in the field of solving differential equations.

55.    COMSOL Multiphysics™ (formerly called FEMLAB®) allows users to perform a broader range of functions in the field of solving differential equations. Originally, FEMLAB® required MATLAB® to operate. Beginning in or around November 24, 2003, neither FEMLAB® nor COMSOL Multiphysics™ have required MATLAB® to operate but rather could be operated independently.

---

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.**                                                  **Page 20**
02006.601/#157581

56.     On or about August 28, 1998, COMSOL introduced FEMLAB® Version 1.0, which had capabilities to export high fidelity physics models into the Simulink® environment for simulation of dynamic control systems and into MathWorks Control System Toolbox environment.    Thereafter, COMSOL enhanced the dynamic control system design features included in the FEMLAB® and COMSOL Multiphysics™ environment.    COMSOL informed MathWorks of COMSOL's plans to enhance these capabilities.

57.     On or about October 24, 2005, at a COMSOL User Conference at the Hyatt Regency in Cambridge, Massachusetts, COMSOL announced its plans to deliver a system level simulation tool (competitive with Simulink®) with multiphysics capabilities.    Representatives of MathWorks attended this conference.

58.     COMSOL Script™ allows users to perform certain mathematical functions, enables users to create software programs, provides users with a language for creating such software programs, and will interpret software programs that users have written using the MATLAB language.    COMSOL Script™ is designed for use with COMSOL Multiphysics™.

59.     COMSOL Script™ also supports certain add-on products.    One such add-on product, Signals & Systems Lab, enables COMSOL Script™ to be used for control system design.    Signals & Systems Lab was announced in May 2006 and released on or about September 14, 2006.    With the announcement of Signals & Systems Lab, it was also announced that this product would be used for control system design.    Signals & Systems Lab competes with MathWorks' Control System Toolbox for MATLAB®.

60.     MathWorks and COMSOL sell dynamic control system design products throughout the United States.    MathWorks and COMSOL are engaged in, and their activities substantially affect, interstate commerce.

## Impact of MathWorks' Practices on Trade and Commerce

61.    Dynamic control systems monitor and control operations within complex devices, such as aircraft, weapon systems, and automobiles. In aircraft, for example, the flight control system receives input from the pilot and various sensors (such as speed and altitude sensors), then processes the input through a mathematical algorithm and provides output that optimizes the aircraft's handling and operation through the use of various components (such as engines, flaps, and the rudder). Control systems have become essential to the operation of many devices, such as anti-lock brake systems for automobiles, and guidance, navigation, and control systems for manned and unmanned aircraft and spacecraft.

62.    Introduced in the 1970s, control system design software is used by engineers to create "virtual" models of dynamic control systems. Before such software was developed, control system design engineers had to create equations manually that mathematically represented the behavior of the control system, and then build prototypes to test the system.

63.    Dynamic control design software such as the MATLAB® and Simulink® suite substantially reduces development time and engineering and program costs by automating the manual processes. For very complex systems, developing the control system can be accomplished efficiently only with dynamic control system design software.

64.    Firms currently using dynamic control design software would not replace commercially available dynamic control system design software with software developed in-house or other types of software. Nor would they consider doing without such software if prices were to rise a small but significant amount.

## Relevant Markets and Market Structure

65.    MathWorks sells a suite of dynamic control system design software, which contains products in two separate dynamic control system design markets:

66.    The simulation software market:  Simulation software is used by engineers to design, analyze, and simulate dynamic control system behavior within a graphical framework that allows for the mathematical analysis necessary for software development.  MathWorks sells a suite of control system design products that include MATLAB®, Simulink®, and add-on or Toolboxes, including the Control System Toolbox and System Identification Toolbox. MATLAB®, Simulink®, and these Toolboxes work together as simulation software products. At the time of the DOJ action, MathWorks and Wind River were the overwhelmingly dominant providers of simulation software with a combined market share of approximately 95%. MathWorks' acquisition of control over Wind River's competing product had the effect of decimating that product's share of the market to the benefit of MathWorks' suite of control system design products.  Although MathWorks sold its assets relating to Wind River's competing product to National Instruments Corporation ("National Instruments"), on information and belief the share of the simulation software market attributable to National Instruments' products has not risen substantially above the share attributable to such products when they were controlled by MathWorks.  Thus, on information and belief, while MathWorks and National Instruments have a combined market share of approximately 95% of the simulation software market, nearly all of that combined market share is attributable to MathWorks' products.  As of today, MathWorks has no significant competitor in the simulation software market.

67.    The automatic code generation software market:  Automatic code generation software will automatically generate code from models that are developed with simulation

software and are generally used in close integration with simulation software. MathWorks' suite of control system design products includes MathWorks' "Real Time Workshop," which automatically generates program code from models developed with MATLAB® and Simulink®. Prior to MathWorks' acquisition of control over Wind River's products, MathWorks and Wind River were the largest providers of automatic code generation software for dynamic control systems and the only significant competitors in this market, with a combined market share of approximately 84%. MathWorks' acquisition of control over Wind River's competing product had the effect of decimating that product's share of the market to the benefit of MathWorks' suite of control system design products. Although MathWorks sold its assets relating to Wind River's competing product to National Instruments, on information and belief the share of the automatic code generation software market attributable to National Instruments' products has not risen substantially above the share attributable to such products when they were controlled by MathWorks. Thus, on information and belief, while MathWorks and National Instruments have a combined market share of approximately 84% of the automatic code generation software market, nearly all of that combined market share is attributable to MathWorks' products. Previously, MathWorks and Wind River were the only two significant competitors in the automatic code generation software market. As of today, MathWorks has no significant competitor in the automatic code generation software market.

68.    MathWorks' dynamic control system design software products are tightly integrated within MathWorks' own product line, including add-on products built for MathWorks' own product line. Tight integration enables modifications made by customers to one phase of the design process to be automatically made through all phases of the dynamic control system design and testing process. This seamless integration—either within MathWorks'

---

product line or through enabling interfaces between other companies' products built as additions to MathWorks' product line—differentiates MathWorks' dynamic control system design products from other stand alone software products and sets MathWorks apart from other industry offerings. The only other product offering with such seamless integration is the suite of products offered by National Instruments, which has not gained appreciable market share since National Instruments acquired these products as the result of MathWorks' disgorgement pursuant to the Final Judgment in the DOJ Action.

## Barriers to Entry and Predatory Conduct

69.    It is particularly difficult for new entrants to gain a foothold in these control system design software markets because of the way in which MathWorks uses and restricts the MATLAB programming language. The MATLAB® software product enables users to develop their own software programs using the MATLAB programming language. MathWorks has successfully saturated academic institutions with the MATLAB® product—thereby ensuring that students will learn how to use the MATLAB programming language to develop software programs in connection with solving control system design problems.

70.    Although the MATLAB language was widely circulated in the public domain in the 1980s, MathWorks has made and continues to make changes to this programming language. MathWorks attempts to control access to, and restrict the use of, the MATLAB language through license agreements, a form of which MathWorks alleges that COMSOL has breached in developing COMSOL Script™ (the "Software License Agreement"). MathWorks distributes MATLAB® to all users under the Software License Agreement. Through the Software License Agreement, MathWorks is attempting to restrict the mere use of the MATLAB® product to ascertain the MATLAB language in order to build a product that will process user programs

written in the MATLAB language. MathWorks is attempting to restrict use of the MATLAB® product that would be a fair use under the United States Copyright Act and that would be permissible under Swedish law implementing the European Union Software Directive. Thus, MathWorks is attempting to block products that are sufficiently compatible with the latest version of the MATLAB language and is attempting to extend the scope of MathWorks' copyright protection to items not protectible by copyright law.

71.    Without access to the latest version of the MATLAB® software product, it is impossible to build a competing product that will be sufficiently compatible with the latest version of the MATLAB language for users to take programs they have written in the MATLAB language to a different product offering. Without sufficient compatibility, users of MATLAB® who wish to switch to a competing product such as COMSOL Script™ will not be able to bring with them all software programs created by the user in the MATLAB language. If a competing product offering is not sufficiently MATLAB compatible, then there is a high risk that a program written in the MATLAB language will malfunction when used with that competing product. For example, a difference in interpretation of the code for the pitch controller of an aircraft might lead to dynamic pitch instability and possible catastrophic failure due to saturation or instability in the control algorithm. While programs that were created in the MATLAB language can be translated to C language using MathWorks' compiler, that C code will be difficult to update and/or change to correct or enhance for control system purposes. For example, ten lines of a programming in the MATLAB language will typically translate into 100 lines of C code. There is no C language environment suitable for simulation and control system design.

72.    In light of the pervasive training of control system design engineers in the MATLAB language in academia and the lack of sufficient compatibility of competing products

---

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.**                                    **Page 26**
02006.601/#157581

with programs written in the latest version of that language, MathWorks' customer base is locked in to MathWorks' suite of control system design software products.

73.    Because it is impossible to compete effectively in the software simulation market and automatic code generation market without offering customers the ability to make use of programs written with the latest version of the MATLAB programming language, the MATLAB programming language is an essential facility.  Because there is currently no way to make a software product sufficiently compatible with the latest version of the MATLAB programming language without access to the MATLAB® software product, the MATLAB® software product is an essential facility.  Absent some alternative specification of the latest version of the MATLAB programming use of the MATLAB® software to discern the MATLAB programming language is essential for competition in the software simulation and automatic code generation markets.

74.    By attempting to use the Software License Agreement to prevent competitors and licensees from using the MATLAB® program to discern the complete functionality of the MATLAB language, MathWorks is unlawfully maintaining its monopoly power and restraining trade in the software simulation and automatic code generation markets.

75.    It is entirely feasible for MathWorks to provide competitors with access to the latest version of the MATLAB language either by providing a specification of the latest version or by allowing use of the MATLAB® software in order to discern the features of the language.

76.    Furthermore, by attempting to use its copyright in the MATLAB® software program to prevent access to an uncopyrightable programming language, MathWorks is wrongfully extending the scope of protection afforded to MathWorks by the copyright laws in

order to maintain its monopoly power and restrain trade in the software simulation and automatic code generation markets.

77.    MathWorks is also asserting the Exclusive Publishing Agreement to maintain its monopoly power and restrain trade by attempting to prevent COMSOL from adding COMSOL Multiphysics™ to a suite of product offerings in the software simulation and automatic code generation markets.

78.    COMSOL Multiphysics™ offers users a unique ability to apply differential equation solving techniques to problems that would be of practical concern to dynamic control system engineers.  MathWorks does not offer its customers access to the full capabilities of COMSOL Multiphysics™.  Although COMSOL Multiphysics™ can be used with Simulink®, Simulink® has restrictions that do not allow it to execute multiphysics problems at a sufficiently realistic level for industry-size problems.  COMSOL has suggested that MathWorks enhance the capabilities of Simulink® but MathWorks has failed to do so.

79.    The Exclusive Publishing Agreement contains a non-competition clause prohibiting COMSOL AB from developing or marketing computer software that provides as a major function solving differential equations as contained in the PDE Toolbox in integrated use with an interactive mathematics package and/or language and prohibits COMSOL AB from assisting any other person or company in doing so.

80.    The Exclusive Publishing Agreement has no duration.

81.    By asserting the non-competition clause of the Exclusive Publishing Agreement to prevent the use of COMSOL Multiphysics™ with an interactive mathematics package, MathWorks is maintaining its monopoly power and restraining trade in the software products in the software simulation and automatic code generation markets.

---

82.    MathWorks' assertion of the Exclusive Publishing Agreement to prevent the use of COMSOL Multiphysics™ with another interactive mathematics package is particularly harmful to competition because other physics software products do not offer multiphysics problem-solving capabilities. Other physics software products are restricted to determining a small number of predefined physical properties. By contrast, COMSOL Multiphysics™ has no limit on the number of physical properties that can be processed. By denying COMSOL Multiphysics™ to all competitors, MathWorks is foreclosing all competitors from being able to offer a superior product, which could challenge MathWorks' dominance.

83.    By attempting to assert a non-competition clause in an agreement with no duration, long after MathWorks has deprived COMSOL AB of essential fruits of that agreement, MathWorks is unreasonably restraining trade.

84.    There are no countervailing benefits to MathWorks' predatory conduct that justify the anticompetitive effects of such conduct.

## COUNT I – Breach of Contract

85.    COMSOL repeats and realleges the allegations set forth in the preceding paragraphs as if set forth herein.

86.    MathWorks received valuable consideration for the promises and undertakings of COMSOL AB in the Exclusive Publishing Agreement.

87.    COMSOL AB performed its obligations under the Exclusive Publishing Agreement.

88.    MathWorks has repeatedly materially breached MathWorks' obligations under the Exclusive Publishing Agreement, including (i) COMSOL AB's right to receive 80% royalties on sales within the designated territory under Section 5.4, (ii) COMSOL's right to receive 20% of

royalties on all amounts received by MathWorks and its subsidiaries and affiliates under Section 5.3, (iii) MathWorks' obligations to provide quarterly royalty reports under Section 6.1, and (iv) MathWorks' obligation under Section 8.2 not to support or promote any computer software product similar to the PDE Toolbox that provides as its principal function solving differential equations in integrated use with MATLAB® implemented in substantially the same manner as set forth in the specifications for the Exclusive Publishing Agreement and not to assist others in doing so.

89.    COMSOL AB has been damaged by MathWorks' breaches of the Exclusive Publishing Agreement and is entitled to be compensated for its damages.

90.    MathWorks' material breaches of the Exclusive Publishing Agreement have excused further performance by COMSOL AB under the Exclusive Publishing Agreement.

### COUNT II – Breach of Implied Covenant of Good Faith and Fair Dealing

91.    COMSOL repeats and realleges the allegations set forth in the preceding paragraphs as if set forth herein.

92.    As part of the Exclusive Publishing Agreement, MathWorks is bound by an implied covenant of good faith and fair dealing.

93.    MathWorks has breached its implied covenant of good faith and fair dealing by actions and inactions that have the effect of destroying or injuring COMSOL AB's right to receive the fruits of the Exclusive Publishing Agreement, including eliminating COMSOL AB's 80% royalty right on exclusive sales within the territory so designated and promoting the use of MathWorks' compiler to create C language versions of the PDE Toolbox and promoting products with C language versions of the PDE Toolbox.

94.  COMSOL has been damaged by MathWorks' breaches of the implied covenant of good faith and fair dealing and is entitled to be compensated for its damages.

### COUNT III – Unfair and Deceptive Acts and Practices (Mass. Gen. Laws ch. 93A)

95.  COMSOL repeats and realleges the allegations set forth in the preceding paragraphs as if set forth herein.

96.  MathWorks is engaged in the conduct of trade or commerce within the meaning of Mass. Gen. Laws ch. 93A, § 11.

97.  By the acts and omissions set forth above, MathWorks has engaged in unfair and deceptive acts and practices within the meaning of Mass. Gen. Laws ch. 93A, § 2, including, without limitation, MathWorks' breaches of its implied covenant of good faith and fair dealing.

98.  MathWorks' unfair and deceptive acts and practices have caused COMSOL to suffer the loss of money or property within the meaning of Mass. Gen. Laws ch. 93A, § 11.

99.  MathWorks' unfair and deceptive acts and practices have been willful or knowing within the meaning of Mass. Gen. Laws ch. 93A, § 11, entitling COMSOL to recovery of treble damages and attorneys' fees.

### COUNT IV – Contributory Copyright Infringement (17 U.S.C. § 106)

100.  COMSOL repeats and realleges the allegations set forth in the preceding paragraphs as if set forth herein.

101.  Each version of COMSOL's PDE Toolbox is an original work of creative expression and constitutes copyrightable subject matter.

102.  With the exception of certain rights licensed to MathWorks under the Exclusive Publishing Agreement, at all relevant times COMSOL AB has been and remains the owner of exclusive rights under copyright law in each version of the PDE Toolbox.

---

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.**  **Page 31**
02006.601/#157581

103.    Among other of the exclusive rights under copyright law, COMSOL AB is the owner of the exclusive right to prepare derivative works of the PDE Toolbox and the right to prepare reproductions of the PDE Toolbox. 17 U.S.C. §§ 101, 106.

104.    COMSOL AB has filed applications with the United States Copyright Office to register nine versions of the PDE Toolbox, including the current version. Copies of COMSOL AB's copyright applications are attached as Exhibit C.

105.    MathWorks is distributing a compiler that enables users to compile the PDE Toolbox to a different language and thereby create an infringing derivative work of the PDE Toolbox or an otherwise infringing copy of the PDE Toolbox.

106.    MathWorks is actively encouraging and inducing the public to use MathWorks' compiler to create infringing derivative works and/or infringing copies of the PDE Toolbox and is actively promoting products that incorporate infringing derivative works and/or infringing copies of the PDE Toolbox. These activities are not within the scope of rights licensed to MathWorks under the Exclusive Publishing Agreement.

107.    MathWorks' actions are ongoing and continuing.

108.    At all relevant times, MathWorks has been aware of the existence of COMSOL AB's copyrights in the PDE Toolbox and, therefore, has knowingly contributed to the infringement of COMSOL AB's copyrights.

109.    MathWorks' contributory infringement has caused, and is continuing to cause, damage and imminent harm to COMSOL AB.

110.    COMSOL AB is entitled to damages under 17 U.S.C. § 504.

111.    COMSOL AB is entitled to injunctive relief under 17 U.S.C. § 502.

## COUNT V – Vicarious Liability for Copyright Infringement (17 U.S.C. § 106)

112.    COMSOL repeats and realleges the allegations set forth in the preceding paragraphs as if set forth herein.

113.    Each version of COMSOL's PDE Toolbox is an original work of creative expression and constitutes copyrightable subject matter.

114.    With the exception of certain rights licensed to MathWorks under the Exclusive Publishing Agreement, at all relevant times COMSOL AB has been and remains the owner of exclusive rights under copyright law in each version of the PDE Toolbox.

115.    Among other of the exclusive rights under copyright law, COMSOL AB is the owner of the exclusive right to prepare derivative works of the PDE Toolbox and the right to prepare reproductions of the PDE Toolbox.  17 U.S.C. §§ 101, 106.

116.    COMSOL AB has filed applications with the United States Copyright Office to register nine versions of the PDE Toolbox, including the current version.  Copies of COMSOL AB's copyright applications are attached as Exhibit C.

117.    As the owner of the PDE Toolbox, COMSOL AB enjoys the exclusive right to, among other things, reproduce such program and prepare derivative works based on such program.  17 U.S.C. §§ 101, 106

118.    MathWorks is distributing a compiler that enables users to compile the PDE Toolbox to a different language and thereby create an infringing derivative work of the PDE Toolbox or an otherwise infringing copy of the PDE Toolbox.

119.    MathWorks is actively encouraging and inducing the public to use MathWorks' compiler to create infringing derivative works and/or infringing copies of the PDE Toolbox and

is actively promoting products that incorporate infringing derivative works and/or infringing copies of the PDE Toolbox.

120.    MathWorks' actions are ongoing and continuing.

121.    At all relevant times, MathWorks has had the right and ability to control the use of its compiler by others to create infringing derivative works and/or infringing copies of COMSOL AB's PDE Toolbox.

122.    MathWorks has received a direct financial benefit from the use of its compiler to create infringing derivative works and/or infringing copies of COMSOL AB's PDE Toolbox through increased sales of its compiler, through royalties received by MathWorks from designers of MATLAB® add-ons who create such products, and by avoiding the payment of royalties to COMSOL AB.

123.    The acts of infringement for which MathWorks is vicariously liable have caused, and are continuing to cause, damage and imminent harm to COMSOL AB.

124.    COMSOL AB is entitled to damages under 17 U.S.C. § 504.

125.    COMSOL AB is entitled to injunctive relief under 17 U.S.C. § 502.

### COUNT VI – Monopolization (15 U.S.C. § 2)

126.    COMSOL repeats and realleges the allegations set forth in the preceding paragraphs as if set forth herein.

127.    MathWorks has monopoly power in the markets for software simulation and automatic code generation.

128.    Through the acts set forth above, MathWorks is unlawfully maintaining its monopoly power, including by (i) denying COMSOL access to an essential facility, namely the latest version of the MATLAB language (or, absent some specification of that language, the use

of MATLAB® software to derive that language, (ii) wrongfully extending the rights given to MathWorks under the copyright laws to control the development of competing products using the MATLAB language, and (iii) using the non-compete clause in the Exclusive Publishing Agreement to prevent COMSOL from integrating COMSOL Multiphysics™ with COMSOL Script™ or any other interactive mathematics package.

129.    MathWorks' actions harm competition and harm consumers by stifling product innovation and reducing competitive pressure on MathWorks to lower price, improve service, and continue to innovate its own products.

130.    MathWorks' actions have damaged COMSOL and, if continued, will cause COMSOL to suffer irreparable harm.

131.    COMSOL AB and COMSOL Inc. have been injured in their business or property by MathWorks actions in violation of the antitrust laws within the meaning of Section 4 of the Clayton Act, 15 U.S.C. § 15(a).

132.    COMSOL AB and COMSOL Inc. have been threatened with loss or damage by MathWorks' violation of the antitrust laws within the meaning of Section 16 of the Clayton Act, 15 U.S.C. § 26.

133.    MathWorks actions violate Section 2 of the Sherman Act, 15 U.S.C. § 2.

134.    COMSOL is entitled to recover treble damages and attorneys' fees under Section 4 of the Clayton Act, 15 U.S.C. § 15(a).

135.    COMSOL is entitled to injunctive relief under Section 16 of the Clayton Act, 15 U.S.C. § 26.

## COUNT VII – Attempted Monopolization (15 U.S.C. § 2)

136.    COMSOL repeats and realleges the allegations set forth in the preceding paragraphs as if set forth herein.

137.    MathWorks has a dangerous probability of achieving monopoly power in the markets for software simulation and automatic code generation.

138.    Through the acts set forth above, MathWorks is attempting to achieve monopoly power, including by (i) denying COMSOL access to an essential facility, namely the latest version of the MATLAB language (or, absent some specification of that language, the use of MATLAB® software to derive that language), (ii) wrongfully extending the rights given to MathWorks under the copyright laws to control the development of competing products using the MATLAB language, and (iii) using the non-compete clause in the Exclusive Publishing Agreement to prevent COMSOL from integrating COMSOL Multiphysics™ with COMSOL Script™ or any other interactive mathematics package.

139.    MathWorks has engaged in this predatory conduct with the intent to achieve monopoly power.

140.    MathWorks' actions harm competition and harm consumers by stifling product innovation and reducing competitive pressure on MathWorks to lower price, improve service, and continue to innovate its own products.

141.    MathWorks' actions have damaged COMSOL and, if continued, will cause COMSOL to suffer irreparable harm.

142.    COMSOL AB and COMSOL Inc. have been injured in their business or property by MathWorks actions in violation of the antitrust laws within the meaning of Section 4 of the Clayton Act, 15 U.S.C. § 15(a).

143.    COMSOL AB and COMSOL Inc. have been threatened with loss or damage by MathWorks' violation of the antitrust laws within the meaning of Section 16 of the Clayton Act, 15 U.S.C. § 26.

144.    MathWorks actions violate Section 2 of the Sherman Act, 15 U.S.C. § 2.

145.    COMSOL is entitled to recover treble damages and attorneys' fees under Section 4 of the Clayton Act, 15 U.S.C. § 15(a).

146.    COMSOL is entitled to injunctive relief under Section 16 of the Clayton Act, 15 U.S.C. § 26.

### COUNT VIII – Restraint of Trade (15 U.S.C. § 1)

147.    COMSOL repeats and realleges the allegations set forth in the preceding paragraphs as if set forth herein.

148.    MathWorks has market power in the markets for software simulation and automatic code generation.

149.    Through the acts set forth above, MathWorks is violating Section 1 of the Sherman Act, 15 U.S.C. § 1, including by (i) denying COMSOL access to an essential facility, namely the latest version of the MATLAB language (or, absent some specification of that language, the use of MATLAB® software to derive that language), (ii) wrongfully extending the rights given to MathWorks under the copyright laws to control the development of competing products using the MATLAB language, and (iii) using the non-compete clause in the Exclusive Publishing Agreement to prevent COMSOL from integrating COMSOL Multiphysics™ with COMSOL Script™ or any other interactive mathematics package.

150.    If the Software License Agreement is interpreted to prohibit use of the MATLAB® software product to determine the features of the MATLAB programming language,

such agreement would constitute a *per se* illegal market allocation agreement designed to eliminate competition for dynamic control system design software products. The Software License Agreement, interpreted in that manner, would not increase economic efficiency or render the markets more competitive.

151.    If the Exclusive Publishing Agreement is interpreted to prohibit the integration of COMSOL Multiphysics™ with COMSOL Script™ or any other interactive mathematics package, such agreement would constitute a *per se* illegal market allocation agreement designed to eliminate competition for dynamic control system design software products. The Exclusive Publishing Agreement, interpreted in that manner, would not increase economic efficiency or render the markets more competitive.

152.    In the alternative, if the Software License Agreement is interpreted to prohibit use of the MATLAB® software product to determine the features of the MATLAB programming language, such agreement would result in anticompetitive effects in the dynamic control system simulation software and automatic code generation software markets by depriving customers of the benefits of competition between products of COMSOL and products of MathWorks, including competition based on price, service, functionality, and interfaces with other firms' products. The Software License Agreement, interpreted in that manner, constitutes an unreasonable restraint of trade in the markets for dynamic control system simulation software and automatic code generation software and adversely affects interstate commerce.

153.    In the alternative, if the Exclusive Publishing Agreement is interpreted to prohibit the integration of COMSOL Multiphysics™ with COMSOL Script™ or any other interactive mathematics package, such agreement would result in anticompetitive effects in the dynamic control system simulation software and automatic code generation software markets by depriving

customers of the benefits of competition between products of COMSOL and products of MathWorks, including competition based on price, service, functionality, and interfaces with other firms' products.   The Exclusive Publishing Agreement, interpreted in that manner, constitutes an unreasonable restraint of trade in the markets for dynamic control system simulation software and automatic code generation software and adversely affects interstate commerce.

154.    MathWorks' actions have damaged COMSOL and, if continued, will cause COMSOL to suffer irreparable harm.

155.    COMSOL AB and COMSOL Inc. have been injured in their business or property by MathWorks actions in violation of the antitrust laws within the meaning of Section 4 of the Clayton Act, 15 U.S.C. § 15(a).

156.    COMSOL AB and COMSOL Inc. have been threatened with loss or damage by MathWorks' violation of the antitrust laws within the meaning of Section 16 of the Clayton Act, 15 U.S.C. § 26.

157.    MathWorks' actions violate Section 1 of the Sherman Act, 15 U.S.C. § 1.

158.    COMSOL is entitled to recover treble damages and attorneys' fees under Section 4 of the Clayton Act, 15 U.S.C. § 15(a).

159.    COMSOL is entitled to injunctive relief under Section 16 of the Clayton Act, 15 U.S.C. § 26. .

### COUNT IX – Declaratory Judgment (28 U.S.C. § 2201)

160.    COMSOL repeats and realleges the allegations set forth in the preceding paragraphs as if set forth herein.

161.  An actual controversy exists concerning the rights and legal relations of the parties within the meaning of 28 U.S.C. § 2201, as set forth above.

162.  COMSOL is entitled to a declaration of its rights and of the legal relations between COMSOL and MathWorks under 28 U.S.C. § 2201.

## PRAYER FOR RELIEF

Defendants respectfully request that this Court:

A.  Dismiss the Complaint in its entirety with prejudice and enter judgment in Defendants' favor on each and every count asserted therein and on each count of Defendants' counterclaims;

B.  Find the copyright claims asserted by MathWorks to be exceptional, and award Defendants their costs, expenses and attorneys' fees under 17 U.S.C. § 505; and

C.  Declare that the Exclusive Publishing Agreement is invalid or otherwise unenforceable;

D.  Declare that the Software License Agreement is invalid or otherwise unenforceable;

E.  Declare that MathWorks is obligated to make the latest version of the MATLAB language available to COMSOL and others, either through a complete specification detailing all functionality or through allowing COMSOL and others to use the MATLAB® software program to discern the features of such language.

F.  Declarat that, unless and until MathWorks makes the latest version of the MATLAB language available to COMSOL and others through a complete specification detailing all functionality, MathWorks is obligated to allow COMSOL and others to use the MATLAB® software program to discern the features of such language.

G.    Enter an injunction under 15 U.S.C. § 26 requiring MathWorks to make the latest version of the MATLAB language available to COMSOL, either through a complete specification detailing all functionality or through allowing COMSOL to use the MATLAB® software program to discern the features of such language and otherwise prohibiting MathWorks from monopolization and restraint of trade.

H.    Award COMSOL injunctive relief under 17 U.S.C. § 502 prohibiting MathWorks from assisting, encouraging, participating in, or inducing the infringement of the PDE Toolbox.

I.    Award COMSOL damages for MathWorks' breach of contract, breach of implied covenant of good faith and fair dealing, unfair and deceptive acts and practices, contributory and vicarious copyright infringement, and antitrust violations.

J.    Award COMSOL treble damages pursuant to Mass. Gen. Laws ch. 93A, § 11 and 15 U.S.C. § 15(a).

K.    Award COMSOL costs of this action.

L.    Award COMSOL interest.

M.    Grant Defendants such other and further relief as may be deemed just, equitable, appropriate, necessary, and/or proper.

## JURY DEMAND

Defendants/Counterclaimants COMSOL AB and COMSOL, Inc. request a trial by jury on all issues so triable.

DATED: December 22, 2006.

Respectfully submitted,

/s/ Michael P. Lynn
Michael P. Lynn, P.C.
    State Bar No. 12738500
Richard A. Smith
    State Bar No. 24027990
Christopher J. Schwegmann
    State Bar No. 24051315
LYNN, TILLOTSON & PINKER, L.L.P.
750 North St. Paul Street, Suite 1400
Dallas, Texas 75201
Telephone: 214.981.3800
Facsimile: 214.981.3839

**ATTORNEYS FOR DEFENDANTS
COMSOL AB and COMSOL, INC.**

*Of Counsel:*

Mark D. Robins
Nicholas G. Papastavros
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Telephone: 617.345.1000
Facsimile: 617.345.1300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on counsel for Plaintiff as shown below, on the 22nd day of December, 2006.

*Via Electronic Filing*
Mark N. Reiter
Hilda C. Galvan
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201-1515
Telephone:  214.220.3939
Facsimile:  214.969.5100

*Via Electronic Filing*
Krista S. Schwartz
JONES DAY
77 West Wacker
Chicago, Illinois  60601-1692
Telephone:  312.782.3939
Facsimile:  312.782.8585

*Via Electronic Filing*
Carl Roth
LAW OFFICES OF CARL ROTH
115 North Wellington
Marshall, Texas  75670
Telephone:  903.935.1665
Facsimile:  903.935.1797

/s/ Richard A. Smith
Richard A. Smith

---

**ANSWER AND COUNTERCLAIMS**
**OF DEFENDANTS COMSOL AB AND COMSOL, INC.**                **Page 43**
02006.601/#157581

**EXHIBIT A**

The MathWorks - MATLAB® Compiler 4.5 Support for MATLAB and Toolboxes                    Page 1 of 3



| Products & Services | Industries | Academia | Support | User Community | Company |

## MATLAB® Compiler 4.5

### MATLAB® Compiler 4.5 Support for MATLAB and Toolboxes

MATLAB® Compiler 4.5 supports the full MATLAB language:
- All MATLAB 7 language features, including objects
- Most MATLAB toolboxes
- User-developed GUIs

The following table shows the MATLAB toolboxes that you can use with MATLAB® Compiler 4.5 and describes which functionality can and can not be compiled. In general, MathWorks provided GUIs and code generation functionality will not compile.

| Product | Can be compiled | Can not be compiled |
|---|---|---|
| Aerospace Toolbox 1.0 | Everything except for animation functionality | ■ Animation functionality: interface to FlightGear flight simulator |
| Bioinformatics Toolbox 2.4 | All command line functionality | ■ All GUIs provided with toolbox <br> ■ affyread, proteinplot, phytreetool |
| Communications Toolbox 3.4 | All command line functionality | All GUIs provided with toolbox |
| Control System Toolbox 7.1 | ■ LTI objects <br> ■ Analysis and synthesis commands <br> ■ Response plots | ■ LTI Viewer <br> ■ SISO Design GUI |
| Curve Fitting Toolbox 1.1.6 | All command line functionality | All GUIs provided with toolbox |
| Data Acquisition Toolbox 2.9 | All command line functionality | All GUIs provided with toolbox |
| Database Toolbox 3.2 | All command line functionality | Visual Query Builder |
| Datafeed Toolbox 1.9 | All command line functionality | All GUIs provided with toolbox |
| Filter Design Toolbox 4.0 | There are **some limitations** to compiling this toolbox on Windows platforms. All command line functionality compiles on non-Windows platforms. | ■ All GUIs provided with toolbox <br> ■ Code generation functionality |
| Financial Derivatives Toolbox 4.1 | Complete toolbox | None |
| Financial Toolbox 3.1 | Complete toolbox | None |
| Fixed-Income Toolbox 1.2 | Complete toolbox | None |
| Fixed-Point Toolbox 1.5 | There are **some limitations** to | None |

EXHIBIT

A
_____

The MathWorks - MATLAB® Compiler 4.5 Support for MATLAB and Toolboxes    Page 2 of 3

| | compiling this toolbox on Windows platforms. All command line functionality compiles on non-Windows platforms. | |
|---|---|---|
| **Fuzzy Logic Toolbox 2.2.4** * | FIS structure, manipulation, and simulation | • All GUIs provided with toolbox<br>• ANFIS training algorithm |
| **GARCH Toolbox 2.3** | Complete toolbox | None |
| **Genetic Algorithm and Direct Search Toolbox 2.0.2** | All command line functionality | All GUIs provided with toolbox |
| **Image Acquisition Toolbox 2.0** | All command line functionality | None |
| **Image Processing Toolbox 5.3** | All command line functionality including modular interactive tools | • `cpselect`<br>• `imtool` |
| **Instrument Control Toolbox 2.4.1** | All command line functionality | • All GUIs provided with toolbox<br>• Test & Measurement Tool |
| **Mapping Toolbox 2.4** | All command line functionality | • `maptool`<br>• `mapview` |
| **MATLAB® 7.3** | All command line functionality | **Command window, editor, GUIDE, and other desktop tools.** |
| **MATLAB® Report Generator 3.1** | All command line functionality, including:<br>• Report generation through `report`<br>• Document conversion through `rptconvert` | All GUIs provided with toolbox. |
| **Model Predictive Control Toolbox 2.2.3** | MPC objects, MPC controller design and simulation | • All GUIs provided with toolbox<br>• Simulink block |
| **Neural Network Toolbox 5.0.1** | Pre-trained network command line functions | • All other command line functionality<br>• All GUIs provided with toolbox<br>• Simulink blocks<br>• `gensim` |
| **OPC Toolbox 2.0.3** | All command line functionality | All GUIs provided with toolbox |
| **Optimization Toolbox 3.1** | All command line functionality | All GUIs provided with the toolbox |
| **Partial Differential Equation Toolbox 1.0.9** | All command line functionality | All GUIs provided with toolbox |
| **RF Toolbox 2.0** | All command line functionality | All GUIs provided with toolbox |
| **Signal Processing Toolbox 6.6** | All command line functionality | • All GUIs provided with toolbox<br>• Code generation functionality |
| | | |

The MathWorks - MATLAB® Compiler 4.5 Support for MATLAB and Toolboxes                Page 3 of 3

| Spline Toolbox 3.3.1 | All command line functionality | All GUIs provided with toolbox |
|---|---|---|
| Statistics Toolbox 5.3 | All command line functionality | All GUIs provided with toolbox |
| System Identification Toolbox 6.2 | • Creating data and model objects<br>• Preprocessing and manipulating data<br>• Simulating models, computing time and frequency responses, and plotting those responses<br>• Transforming models, including conversions between continuous and discrete time and model reduction | • System Identification Tool (GUI)<br>• Simulink blocks for the toolbox (slident)<br>• Model estimation, including non-parametric analysis |
| Virtual Reality Toolbox 4.4 | All command line functionality | • Virtual Reality Toolbox Simulink library (vrlib)<br>• Virtual Reality Toolbox server (no remote connection for the Orbisnap or blaxxun viewers)<br>• Animation recording functionality<br>• Editing world functionality<br>• Viewer features:<br>  • File > Open in Editor<br>  • Recording menu<br>  • Simulation menu<br>  • Help access |
| Wavelet Toolbox 3.1 | All command line functionality | All GUIs provided with toolbox |

*The Fuzzy Logic Toolbox includes source code that lets you compile a fuzzy inference system (FIS) using a C compiler. For more information, consult the **Fuzzy Logic Toolbox documentation**.

Any product not listed above is not supported and will not work with the MATLAB Compiler. Refer to the list of **Ineligible Programs** for more details.

© 1994-2006 The MathWorks, Inc.  -  **Site Help**  -  **Patents**  -  **Trademarks**  -  **Privacy Policy**  -  **Preventing Piracy**  -  **RSS**

http://www.mathworks.com/products/compiler/compiler_support.html                12/19/2006

**EXHIBIT B**

The MathWorks - Third-Party Products & Services -



**The MathWorks**
*Accelerating the pace of engineering and science*

| Products & Services | Industries | Academia | Support | User Community | Company |
|---|---|---|---|---|---|

## Third-Party Products & Services

### GMI WellCheck™ & SFIB™
**Wellbore modeling tools**

**Highlights:**
- Evaluate feasibility of drilling plans
- Assess impact of well planning changes
- Directional profile evaluation
- Determine optimal wellbore trajectories
- Minimize wellbore instability
- Determine optimal mud weights

**Description:**
GMI WellCheck™ is an interactive program that considers wellbore stability for both well planning and operational phases. It is primarily designed for drilling professionals to optimize mud weight and well direction, and to select the best casing points to prevent catastrophic wellbore failures and lost circulation. This interactive software package allows the drilling engineer to quickly evaluate the source of the problems being experienced while drilling the well and analyze wellbore failure in "post-mortem" mode.

The GMI SFIB™ (Stress and Failure of Inclined Boreholes) system consists of modules for constraining in situ stress and predicting wellbore stability. Two distinct but related sets of program modules form the basis of the GMI SFIB application. The first set of GMI SFIB modules (CSTR, GSTR, MUWL, FINT, BROT) allows the user to constrain the complete stress tensor using observation of failure in arbitrarily oriented wellbores. The second set of modules (BSFO, GFLR, WTRJ) helps the user to utilize this knowledge of stress to predict wellbore failure and to determine optimal drilling trajectories and mud weights. GMI SFIB allows engineers and geologists to design optimally stable drilling trajectories and determine mud weights to prevent excessive and costly wellbore failures, sidetracks, and intermediate casing programs.



Click to see enlarged view

GMI WellCheck uses MATLAB and the Statistics Toolbox for computation and the graphical user interfaces. GMI SFIB uses MATLAB, the Statistics Toolbox and the Partial Differential Equation Toolbox for computation and the graphical user interfaces. They are stand-alone applications that are deployed using the MATLAB Runtime Server and do not require end users to have MATLAB. End users do not have access to the underlying code or the MATLAB command line.

**Read the user story** on MathWorks and GeoMechanics products.

**Platforms:** Windows, UNIX

**MathWorks products required: None (uses MATLAB Runtime Server)**



EXHIBIT

_B_

tabbies®

**Support:** Consulting, E-mail, Fax, On-site assistance, Telephone, Training

### Industries and Tasks:

- Chemical and Petroleum
- Data Modeling, Analysis, Visualization
- Drilling engineering
- Earth and Ocean Sciences
- Real-time Systems
- Simulation
- Utilities and Energy

### GeoMechanics International, Inc.

250 Cambridge Ave
Suite 103
Palo Alto, CA 94306
USA
Tel: 650-322-6506
Fax: 650-322-6508
E-mail:**moysey@geomi.com**
Web:**www.geomi.com**



© 1994-2006 The MathWorks, Inc.    -   **Site Help**   -   **Patents**   -   **Trademarks**   -   **Privacy Policy**   -   **Preventing Piracy**   -   **RSS**

# EXHIBIT C

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Partial Differential Equation Toolbox Version 1.0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
COMSOL AB

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶ Sweden

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1995 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ August    Day ▶ 9    Year ▶ 1995
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

COMSOL AB, Tegnergatan 23, SE-111 40, Stockholm, Sweden
The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA  01760

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Exclusive license to distribute conveyed to The MathWorks, Inc. by written contract

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT

C

tabbies

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  **6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**  **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Mark D. Robins, Esq., Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**b**

Area code and daytime telephone number ▶ 617-345-6176          Fax number ▶ 866-382-5886

Email ▶ mrobins@nixonpeabody.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  COMSOL AB

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Svante Littmarck                                    Date▶ 12/21/06

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Mark D. Robins, Nixon Peabody LLP |
|---|---|
| | Number/Street/Apt ▼ 100 Summer Street |
| | City/State/Zip ▼ Boston, MA 02110 |

YOU MUST
· Complete all necessary spaces
· Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev 11/2006  Print 11/2006 – 30,000  Printed on recycled paper          U.S. Government Printing Office 2006-xxx-xxx/60 xxx

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Partial Differential Equation Toolbox Version 1.0.1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a**   **NAME OF AUTHOR ▼**
COMSOL AB

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in▶ Sweden

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 15    Year ▶ 1996
United States ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

COMSOL AB, Tegnergatan 23, SE-111 40, Stockholm, Sweden
The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA  01760

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Exclusive license to distribute conveyed to The MathWorks, Inc. by written contract

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.    · Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM TX |
| --- | --- |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Partial Differential Equation Toolbox Version 1.0

**a**

**6**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text and revisions

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼

Mark D. Robins, Esq., Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**b**

Area code and daytime telephone number ▶ 617-345-6176          Fax number ▶ 866-382-5886

Email ▶ mrobins@nixonpeabody.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the          ☐ author

Check only one ▶ {
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  COMSOL AB

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Svante Littmarck          Date ▶ 12/21/06

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Mark D. Robins, Nixon Peabody LLP | YOU MUST · Complete all necessary spaces · Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼ 100 Summer Street | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/Zip ▼ Boston, MA 02110 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6222 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev 11/2006  Print 11/2006 — 30,000  Printed on recycled paper          U.S. Government Printing Office 2006-xx-xxx/60 xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

_____

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Partial Differential Equation Toolbox Version 1.0.2

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼        Issue Date ▼        On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
COMSOL AB

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in▶ Sweden _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1997 ◀Year In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 2    Year ▶ 1997
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

COMSOL AB, Tegnergatan 23, SE-111 40, Stockholm, Sweden
The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA 01760

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Exclusive license to distribute conveyed to The MathWorks, Inc. by written contract

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

instructions re completing space.

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Partial Differential Equation Toolbox Versions 1.0; and 1.0.1

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text and revisions

**a 6**

See instructions before completing this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Mark D. Robins, Esq., Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**b**

Area code and daytime telephone number ▶ 617-345-6176          Fax number ▶ 866-382-5886

Email ▶ mrobins@nixonpeabody.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __COMSOL AB__

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Svante Littmarck                                    Date ▶ 12/21/06

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Mark D. Robins, Nixon Peabody LLP |
|---|---|
| | Number/Street/Apt ▼ 100 Summer Street |
| | City/State/Zip ▼ Boston, MA 02110 |

YOU MUST
· Complete all necessary spaces
· Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev. 11/2006  Print 11/2006 – 30,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xx-xxx/60-xxx

**C** **Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

|  | TX | TXU | . |
|---|---|---|---|

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Partial Differential Equation Toolbox Version 1.0.3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a**
**NAME OF AUTHOR ▼**
COMSOL AB

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶_____
    ⎱ Domiciled in ▶ Sweden

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶_____
    ⎱ Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶_____
    ⎱ Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997  ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 21    Year ▶ 1997
United States    ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

COMSOL AB, Tegnergatan 23, SE-111 40, Stockholm, Sweden
The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA 01760

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Exclusive license to distribute conveyed to The MathWorks, Inc. by written contract

**DO NOT WRITE HERE OFFICE USE ONLY**

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
· Complete all applicable spaces (numbers 5-9) on the reverse side of this page
· See detailed instructions      · Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶      Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Partial Differential Equation Toolbox Versions 1.0; 1.0.1; and 1.0.2

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text and revisions

**a 6**

See instructions
before completing
this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼      Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Mark D. Robins, Esq., Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**b**

Area code and daytime telephone number ▶ 617-345-6176      Fax number ▶ 866-382-5886

Email ▶ mrobins@nixonpeabody.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of COMSOL AB

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Svante Littmarck      Date ▶ 12/21/06

Handwritten signature ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Mark D. Robins, Nixon Peabody LLP

Number/Street/Apt ▼
100 Summer Street

City/State/Zip ▼
Boston, MA 02110

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev 11/2006  Print 11/2006 – 30,000  Printed on recycled paper      U.S. Government Printing Office 2006-xx-xxx/60 xxx

**C** **Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX          TXU
EFFECTIVE DATE OF REGISTRATION

_____
Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Partial Differential Equation Toolbox Version 1.0.4

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
COMSOL AB

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Sweden

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2001

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ April  Day ▶ 6  Year ▶ 2001
United States  ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
COMSOL AB, Tegnergatan 23, SE-111 40, Stockholm, Sweden
The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA  01760

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Exclusive license to distribute conveyed to The MathWorks, Inc. by written contract

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.     · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Partial Differential Equation Toolbox Version 1.0; 1.0.1; 1.0.2; and 1.0.3

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text and revisions

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Mark D. Robins, Esq., Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Area code and daytime telephone number ▶ 617-345-6176          Fax number ▶ 866-382-5886

Email ▶ mrobins@nixonpeabody.com

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of COMSOL AB

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Svante Littmarck          Date ▶ 12/21/06

Handwritten signature ▼

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼  Mark D. Robins, Nixon Peabody LLP | |
|---|---|---|
| | Number/Street/Apt ▼  100 Summer Street | |
| | City/State/Zip ▼  Boston, MA 02110 | |

- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

\*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev 11/2006  Print 11/2006 – 30,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/60 xxx

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| | TX | TXU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

_____

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Partial Differential Equation Toolbox Version 1.0.6

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**

**a**  **NAME OF AUTHOR ▼**
COMSOL AB

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Sweden

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 5   Year ▶ 2004
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

COMSOL AB, Tegnergatan 23, SE-111 40, Stockholm, Sweden
The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA 01760

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Exclusive license to distribute conveyed to The MathWorks, Inc. by written contract

See instructions before completing this space

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page
· See detailed instructions.     · Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Partial Differential Equation Toolbox Version 1.0.7

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
COMSOL AB

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in▶ Sweden

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of computer program

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given  ◀Year  in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 26    Year ▶ 2005
United States    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
COMSOL AB, Tegnergatan 23, SE-111 40, Stockholm, Sweden
The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA  01760

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Exclusive license to distribute conveyed to The MathWorks, Inc. by written contract

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM TX |
| --- | --- |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Partial Differential Equation Toolbox Versions 1.0; 1.0.1; 1.0.2; 1.0.3; 1.0.4; 1.0.5; and 1.0.6

**a**  **6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text and revisions

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**a**  **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / Zip ▼

Mark D. Robins, Esq., Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**b**

Area code and daytime telephone number ▶ 617-345-6176          Fax number ▶ 866-382-5886

Email ▶ mrobins@nixonpeabody.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  COMSOL AB

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Svante Littmarck          Date ▶ 12/21/06

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Mark D. Robins, Nixon Peabody LLP | • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼ 100 Summer Street | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE** 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/Zip ▼ Boston, MA 02110 | **MAIL TO** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6222 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev 11/2006  Print 11/2006 – 30,000  Printed on recycled paper          U S Government Printing Office 2006-xx-xxx/60 xxx

## Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

|       | TX        | TXU       |
|-------|-----------|-----------|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1

**TITLE OF THIS WORK ▼**
Partial Differential Equation Toolbox Version 1.0.8

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

### 2

**a**

**NAME OF AUTHOR ▼**
COMSOL AB

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Sweden _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

### 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February    Day ▶ 3    Year ▶ 2006
United States ◀ Nation

### 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

COMSOL AB, Tegnergatan 23, SE-111 40, Stockholm, Sweden
The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA  01760

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Exclusive license to distribute conveyed to The MathWorks, Inc. by written contract

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions    · Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>  Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Partial Differential Equation Toolbox Versions 1.0; 1.0.1; 1.0.2; 1.0.3; 1.0.4; 1.0.5; 1.0.6; and 1.0.7

**a  6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text and revisions

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                    **Account Number** ▼

**a  7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Mark D. Robins, Esq., Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**b**

Area code and daytime telephone number ▶ 617-345-6176          Fax number ▶ 866-382-5886

Email ▶ mrobins@nixonpeabody.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  COMSOL AB

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Svante Littmarck                                    Date ▶ 12/21/06

Handwritten signature ▼

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Mark D. Robins, Nixon Peabody LLP | **9** |
| | Number/Street/Apt ▼<br>100 Summer Street | |
| | City/State/Zip ▼<br>Boston, MA 02110 | |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full   Rev. 11/2006   Print 11/2006 – 30,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xx-xxx/60 xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

_____

TX                         TXU
**EFFECTIVE DATE OF REGISTRATION**

_____

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Partial Differential Equation Toolbox Version 1.0.9

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
COMSOL AB

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ┤ Citizen of ▶_____
     └ Domiciled in ▶ Sweden

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of computer program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ┤ Citizen of ▶_____
     └ Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ┤ Citizen of ▶_____
     └ Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ August     Day ▶ 3     Year ▶ 2006
United States ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
COMSOL AB, Tegnergatan 23, SE-111 40, Stockholm, Sweden
The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA  01760

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Exclusive license to distribute conveyed to The MathWorks, Inc. by written contract

DO NOT WRITE HERE OFFICE USE ONLY
**APPLICATION RECEIVED**
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Partial Differential Equation Toolbox Versions 1.0; 1.0.1; 1.0.2; 1.0.3; 1.0.4; 1.0.5; 1.0.6; 1.0.7; and 1.0.8

**a  6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New text and revisions

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**a  7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / Zip ▼

Mark D. Robins, Esq., Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

**b**

Area code and daytime telephone number ▶ 617-345-6176          Fax number ▶ 866-382-5886

Email ▶ mrobins@nixonpeabody.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  COMSOL AB

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Svante Littmarck          Date ▶ 12/21/06

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Mark D. Robins, Nixon Peabody LLP |
| --- | --- |
| | Number/Street/Apt ▼ 100 Summer Street |
| | City/State/Zip ▼ Boston, MA 02110 |

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev. 11/2006  Print 11/2006 – 30,000  Printed on recycled paper          U.S. Government Printing Office, 2006-xxx-xxx/60,xxx