IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| The MathWorks, Inc., | § | CASE NO. 6:06-cv-335 LED |
| Plaintiff, | § | |
| v. | § | (JURY TRIAL) |
| COMSOL AB and COMSOL, Inc., | § | |
| Defendants. | § | |

## VERDICT FORM

**Issue No. 1**

Do you find that COMSOL's Multiphysics or COMSOL's Script infringed a copyright of MathWorks's MATLAB® program?

Answer "Yes" or "No" as to each

COMSOL's Multiphysics: ___Yes___

COMSOL's Script: ___Yes___

If you answered "Yes" to any part of Issue No. 1, then answer Issue 2. Otherwise, do not answer Issues 2.

**Issue No. 2**
What amount of money do you find should be awarded to MathWorks for COMSOL's copyright infringement?

Answer in dollars and cents.

Answer: ___4,526,596___

1

**Issue No. 3**

Do you find that COMSOL breached Section 8.1 of the parties' Exclusive Publishing Agreement?

Answer "Yes" or "No."

___Yes___

**If you answered "Yes" to Issue No. 3, then answer Issues 4-5. Otherwise, do not answer Issue 4-5.**

**Issue No. 4**

What amount of money will reasonably compensate Mathworks for COMSOL's breach?

Answer in dollars and cents. ___5,382,750___

**Issue No. 5**

Do you find that MathWorks' claim for breach of Section 8.1 of the Exclusive Publishing Agreement is barred by waiver?

Answer "Yes" or "No."

___No___

___10-20-08___
DATE

                                          FOREPERSON